IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Cynthia Wilder, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:09-cv-02039-JOF-AJB |
| Midland Credit Management, | : |
| Defendant. | : |

## OPINION & ORDER

This matter is before the court on Defendant's motion to compel arbitration and stay further proceedings including discovery [12]; Defendant's consolidated motion and brief to extend discovery [15]; and the Non-Final Report and Recommendation of Magistrate Judge Alan J. Baverman [16].

Having read and considered the Report and Recommendation of the Magistrate Judge, the court ADOPTS it as the ORDER of the court. The court GRANTS Defendant's motion to compel arbitration and stay further proceedings including discovery [12] and DENIES AS MOOT Defendant's consolidated motion and brief to extend discovery [15]. Because the court has agreed with the Report and Recommendation of the Magistrate Judge, the court also directs the parties to follow the Magistrate Judge's instructions with respect

AO 72A
(Rev.8/82)

to status reports and notification of arbitration decisions.  *See* Report and Recommendation, at 19-20.

**IT IS SO ORDERED** this 14th day of June 2010.


                                      /s   J. Owen Forrester
                                       J. OWEN FORRESTER
                            SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)