UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Cynthia Wilder,<br><br>    Plaintiff,<br><br>vs.<br><br>Midland Credit Management,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:09-cv-2039-JOF |

### J U D G M E N T

This action having come before the court, Honorable J. Owen Forrester, United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation as to Plaintiff's complaint, and the court having adopted said recommendation, it is

**Ordered and Adjudged** that the plaintiff's complaint is **dismissed with prejudice**.

Dated at Atlanta, Georgia, this 20th day of April, 2011.

JAMES N. HATTEN
CLERK OF COURT

By:  s/B. Graves
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  April 20, 2011
James N. Hatten
Clerk of Court

By: s/B.Graves
        Deputy Clerk